UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ELLEN KONOF,

    Plaintiff,

v.                                 CASE NO: 8:05-cv-784-T-23TGW

BAYCARE HEALTH SYSTEM, INC.,

    Defendant.
_____/

## **ORDER**

The parties' stipulation (Doc. 14) for dismissal of this action with prejudice is **APPROVED**. Pursuant to Rule 41, Federal Rules of Civil Procedure, the action is **DISMISSED WITH PREJUDICE**. The Clerk is directed to (1) terminate any pending motion and (2) close the file.

ORDERED in Tampa, Florida, on July 6, 2005.

*/s/ Steven D. Merryday*
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

cc:    US Magistrate Judge